IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ERNESTO CASTRO                                                                                          PLAINTIFF

v.                                       Case No. 6:25-cv-06010

WARDEN WHITE and
ARKANSAS DEPARTMENT
OF CORRECTIONS                                                                                       DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed June 26, 2025, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 13). Judge Ford recommends that Plaintiff's Amended Complaint be dismissed without prejudice for failure to comply with the Court's Local Rules and Orders and failure to prosecute this case. (ECF No. 13, at 2).

Plaintiff has not responded to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 13) *in toto*. Accordingly, the Court finds that Plaintiff's Amended Complaint (ECF No. 8) should be and hereby is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the Court's Local Rules and Orders and failure to prosecute this case.

**IT IS SO ORDERED**, this 18th day of July, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge